446 A.2d 604

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**John MONELLI, Appellant.**

Supreme Court of Pennsylvania.

Submitted April 13, 1982.

Decided June 25, 1982.

Ronald J. Wydo, Wilkes-Barre, court-appointed, for appellant.

Chester B. Muroski, Dist. Atty., for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM.

The Order of the Court of Common Pleas is affirmed.